**DISMISS; and Opinion Filed December 12, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01007-CV

### IN RE J.C. PENNEY COMPANY INC., ET AL, Relator

**Original Proceeding from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-00735**

## MEMORANDUM OPINION
Before Justices O'Neill, Lang-Miers, and Evans
Opinion by Justice Evans

Before the Court is the joint motion of the parties to dismiss the above-captioned mandamus proceeding pursuant to which the parties advise the court that they have entered a settlement agreement and have dismissed the action from which this mandamus proceeding arose. The Court **GRANTS** the motion to dismiss. Accordingly, we **DISMISS** relator's petition for writ of mandamus as moot. Tex. R. App. P. 42.1 (a)(2).

/David W. Evans/
DAVID EVANS
JUSTICE

131007F.P05